UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 11-21321-CIV-LENARD/O'SULLIVAN

ETKIN & COMPANY, INCORPORATED,
a Delaware corporation,

    Plaintiff,

vs.

SBD LLC, a Florida limited liability company,

    Defendant.
    _____/

## ORDER

THIS MATTER is before the Court on the Defendant/Counter-Plaintiff's Motion to Seal Unredacted Deposition Transcripts and Unredacted Documents in Support of Its Response to Plaintiff/Counter-Defendant's Motion for Sanctions Pursuant to Federal Rule of Civil Procedure 11 and Incorporated Memorandum of Law (Sealed DE# 242, 5/22/12).  Having reviewed the motion and applicable law, it is

ORDERED AND ADJUDGED that the Defendant/Counter-Plaintiff's Motion to Seal Unredacted Deposition Transcripts and Unredacted Documents in Support of Its Response to Plaintiff/Counter-Defendant's Motion for Sanctions Pursuant to Federal Rule of Civil Procedure 11 and Incorporated Memorandum of Law (Sealed DE# 242, 5/22/12) is DENIED without prejudice to renew within fourteen (14) days of the date of this order.  Any renewed motion shall be supported by a memorandum of law explaining the justification for the sealing of each document or portion thereof.  "[A] common law right of access exists as to civil proceedings." Wilson v. American Motors Corp., 759 F. 2d 1568, 1571 (11th Cir. 1985); see Romero v. Drummond Co., 480 F.3d 1234 (11th Cir.

2007); Chicago Tribune Co. v. Bridgestone/Firestone, Inc., 263 F.3d 1304, 1311-12 (11th Cir. 2001) ("Beyond establishing a general presumption that criminal and civil actions should be conducted publicly, the common-law right of access includes the right to inspect and copy public records and documents.")(citing Nixon v. Warner Commc'ns, Inc., 435 U.S. 589, 597 (1978)); see also, United States v. Bradley, No. 405cr059, 2007 WL 1703232, at *2 (S.D. Ga. Jun. 11, 2007) (noting that "documents that directly affect an adjudication and play a significant role in determining a litigants' substantive rights are entitled to the strongest presumption [of public access]").

DONE AND ORDERED, in Chambers, at Miami, Florida, this **24th** day of May, 2012.

JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
United States District Judge Lenard
All Counsel of Record