UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 11-21321-CIV-LENARD/O'SULLIVAN

ETKIN & COMPANY, INCORPORATED,
a Delaware corporation,

    Plaintiff,

vs.

SBD LLC, a Florida limited liability company,

    Defendant.
_____/

## ORDER

THIS MATTER is before the Court on the Plaintiff's Motion to Seal Unredacted Deposition Transcripts in Support of Its Reply to Its Motion for Rule 11 Sanctions (Sealed DE# 265, 6/6/12).  Having reviewed the motion and applicable law, it is

ORDERED AND ADJUDGED that the Plaintiff's Motion to Seal Unredacted Deposition Transcripts in Support of Its Reply to Its Motion for Rule 11 Sanctions (Sealed DE# 265, 6/6/12) is DENIED without prejudice to renew within fourteen (14) days of the date of this order.  Any renewed motion shall be supported by a memorandum of law explaining the justification for the sealing of each document or portion thereof.  "[A] common law right of access exists as to civil proceedings." Wilson v. American Motors Corp., 759 F. 2d 1568, 1571 (11th Cir. 1985); see Romero v. Drummond Co., 480 F.3d 1234 (11th Cir. 2007); Chicago Tribune Co. v. Bridgestone/Firestone, Inc., 263 F.3d 1304, 1311-12 (11th Cir. 2001) ("Beyond establishing a general presumption that criminal and civil actions should be conducted publicly, the common-law right of access includes the right to inspect and copy public

records and documents.")(citing <u>Nixon v. Warner Commc'ns, Inc.</u>, 435 U.S. 589, 597 (1978)); <u>see</u> <u>also</u>, <u>United States v. Bradley</u>, No. 405cr059, 2007 WL 1703232, at *2 (S.D. Ga. Jun. 11, 2007) (noting that "documents that directly affect an adjudication and play a significant role in determining a litigants' substantive rights are entitled to the strongest presumption [of public access]").

    DONE AND ORDERED, in Chambers, at Miami, Florida, this **6th** day of June, 2012.

```
                                   _____
                                   JOHN J. O'SULLIVAN
                                   UNITED STATES MAGISTRATE JUDGE
```

Copies furnished to:
United States District Judge Lenard
All Counsel of Record